IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-cr-258-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GABRIEL VINCENT RUIZ,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Gabriel Vincent Ruiz before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Supplemental Petition for Violation of Supervised Release, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 27th day of December, 2005.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          UNITED STATES DISTRICT COURT
                                                          DISTRICT OF COLORADO