# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: 99-cr-00258-WDM-01 |
| | USM Number: 29505-013 |
| GABRIEL VINCENT RUIZ | Richard Banta, Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 10 | Violation of the Law | 9/20/04 |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violations 1, 2, 3, 4, 5, 6, 7, 8, and 9 and is discharged as to such violations.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 16, 2006
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

May 19, 2006
Date

DEFENDANT:  GABRIEL VINCENT RUIZ
CASE NUMBER:  99-cr-00258-WDM-01                                                                 Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months.  This term of imprisonment is to run consecutive to the State of Colorado Department of Corrections sentence the defendant is now serving in El Paso County Case No. 2004-CR-4677.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 151 days time served prior to revocation of supervised release.  This credit is the time defendant was in custody from November 22, 2004, to April 21, 2005.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal